# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALTERS, | CASE NO. 1:04-CV-5248-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A SIXTY DAY EXTENSION OF TIME |
| v. | TO CONDUCT FURTHER DISCOVERY |
| C/O P. DOAN, et al., | (Doc. 21) |
| Defendants. | |

Plaintiff Michael Walters ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2005, the court issued an order setting the deadline for the completion of all discovery for October 7, 2005. On October 7, 2005, plaintiff filed a motion seeking a sixty day extension of time to serve defendant Doan with an additional discovery request. Defendant did not file a response to the motion.

Plaintiff's motion is HEREBY GRANTED. The deadline for the completion of all discovery is extended for both parties **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    November 17, 2005**            /s/ Lawrence J. O'Neill
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE