# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALTERS, | CASE NO. 1:04-CV-5248-AWI-LJO-P |
| Plaintiff, | ORDER DIRECTING UNITED STATES MARSHAL TO ATTEMPT RE-SERVICE ON DEFENDANT DESIMAS WITHOUT PREPAYMENT OF COSTS |
| v. | |
| C/O P. DOAN, et al., | |
| Defendants. | |

Plaintiff Michael Walters ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed July 7, 2004, against defendants Doan and DeSimas for failing to protect plaintiff, in violation of the Eighth Amendment. Defendant Doan waived service and has appeared in the action. However, the Marshal's previous attempt to locate and serve defendant DeSimas was unsuccessful. The court and the Marshal have a statutory duty to service process on plaintiff's behalf, and the response given to the Marshal by CDC to date is insufficient to allow the court to discharge this duty on the ground that defendant DeSimas cannot be located. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

        (1) One completed and issued summons for <u>each</u> defendant to be served;

        (2) One completed USM-285 form for <u>each</u> defendant to be served;

        (3) One copy of the amended complaint filed on July 7, 2004 for <u>each</u> defendant

1

     to be served, plus an extra copy for the Marshal;

(4)  One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

(5)  One copy of the court's consent form for <u>each</u> defendant to be served.

2.  Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**C/O B. DESIMAS**

3.  The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4.  The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5.  **In attempting to identify and locate defendant DeSimas, if the Litigation Office at CSATF is unable to assist, the Marshal is directed to seek the assistance of the Employment Office at CSATF, and, if necessary, contact the Legal Affairs Division in Sacramento and request the assistance of a special investigator.**[1]

6.  If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

  a.  Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

---

[1] If necessary, the Marshal's Office may contact the pro se writ clerk at (559) 498-7227 to obtain the telephone and facsimile numbers for the Employment Office at CSATF.

    b.  Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

7. In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve defendant.

8. In the event that defendant either waives service or is personally served, defendant is required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:** **November 17, 2005**    /s/ Lawrence J. O'Neill
i0d3h8           UNITED STATES MAGISTRATE JUDGE