IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL WALTERS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>C/O P. DOAN, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 1:04-CV-5248 AWI LJO P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

　　　　Good cause appearing, Defendant's request for an extension of time for the parties to file dispositive motions is granted. The parties shall have until March 16, 2006 to file their respective dispositive motions, if any.

IT IS SO ORDERED.

**Dated:    December 9, 2005**　　　　　　　　　／s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE