# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O P. DOAN, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-CV-5248-AWI-LJO-P<br><br>ORDER REQUIRING DEFENDANT DOAN'S COUNSEL TO NOTIFY COURT WHETHER OR NOT HE REPRESENTS DEFENDANT DESIMAS WITHIN FIVE CALENDAR DAYS |

Plaintiff Michael Walters ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed July 7, 2004, against defendants Doan and DeSimas for failing to protect plaintiff, in violation of the Eighth Amendment. Service was returned un-executed as to defendant DeSimas and on November 17, 2005, the court ordered to United States Marshal to re-attempt service. On November 23, 2005, defendant Doan's counsel filed a motion for an extension of time purportedly on behalf of defendants Doan and DeSimas. Given that defendant DeSimas did not waive service and was not personally served, it is unclear whether he is represented or whether counsel made an error in his motion.

///
///
///
///
///

1

Defendant Doan's counsel is directed to notify the court within **five (5) calendar days** whether or not he represents defendant DeSimas in this action.

IT IS SO ORDERED.

**Dated:    December 12, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE