IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WALTERS,** | 1:04-CV-5248 AWI LJO P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE PRE-TRIAL DISPOSITIVE MOTION** |
| v. | |
| **C/O P. DOAN, et al.,** | (Doc. 31) |
| Defendants. | |

Defendants P. Doan and B. Desimas have requested an extension of time to file a motion for summary judgment. Good cause appearing, defendants' request for an extension of time is HEREBY GRANTED. All parties have **thirty (30) days** from the date of service of this order within which to file pre-trial dispositive motions.

IT IS SO ORDERED.

**Dated:   March 21, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                          UNITED STATES MAGISTRATE JUDGE

1