# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALTERS, | CASE NO. 1:04-CV-5248-AWI-LJO-P |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL |
| v. | (Doc. 29) |
| C/O P. DOAN, et al., | |
| Defendants. | |

Plaintiff Michael Walters ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed July 7, 2004, against defendants Doan and Desimas ("defendants") for acting with deliberate indifference to plaintiff's safety, in violation of the Eighth Amendment. On February 3, 2006, plaintiff filed a motion to compel. Defendants filed an opposition on February 6, 2006.

Plaintiff's motion consists of one sentence requesting a court order compelling the production a copy of his entire central file. Plaintiff's motion is fatally deficient. There is no indication that prior to filing the instant motion, plaintiff served defendants with a request for the production of documents. Indeed, in their opposition defendants represent that plaintiff did not serve such discovery request on them. Even if plaintiff had first served a request for the production of documents, a motion to compel would be premature until such time as plaintiff attempted to resolve any dispute over defendants' response with them. This requirement is set forth in paragraph 5 of the court's discovery and scheduling order.

A motion to compel is not a vehicle by which to obtain discovery in the first instance. A motion to compel should only be filed after a dispute arises between the parties over discovery they have conducted between themselves <u>and</u> attempts to resolve the dispute(s) prior to involving the court were unsuccessful.[1]

For the reasons set forth in this order, plaintiff's motion to compel, filed February 3, 2006, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   March 21, 2006**                              /s/ Lawrence J. O'Neill
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that the discovery phase of this litigation concluded on January 17, 2006, pursuant to the court's order of November 17, 2005.