# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALTERS, | CASE NO. 1:04-CV-5248-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE DISPOSITIVE MOTION DEADLINE |
| v. | |
| C/O P. DOAN, et al., | (Doc. 36) |
| Defendants. | |

Plaintiff Michael Walters ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2006, plaintiff filed a motion seeking a sixty-day extension of the pre-trial dispositive motion deadline.[1,2]

Plaintiff's motion is HEREBY GRANTED and the motion deadline is extended **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   May 9, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                              UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was served on April 20, 2006, and was therefore timely filed pursuant to the court's scheduling order, which requires that motions for extensions of time be filed on or before the deadline in question. Caldwell v. Amend, 30 F.3d 1199, 1202 (9th Cir. 1994); Houston v. Lack, 487 U.S. 266, 270 (1988).

[2] Defendants filed a motion for summary judgment on April 20, 2006.