# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WALTERS,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O P. DOAN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:04-CV-05248-AWI-LJO-P<br><br>ORDER REQUIRING DEFENDANTS TO BRING MOTION FOR SUMMARY JUDGMENT INTO COMPLIANCE WITH LOCAL RULES CONCERNING DEPOSITIONS AND ELECTRONICALLY SIGNED DECLARATIONS |

On April 20, 2006, defendants Desimas and Doan ("defendants") filed a motion for summary judgment, supported by excerpts from plaintiff's deposition and defendant Desimas's declaration. A copy of the entire deposition must be submitted, either in hard copy or by e-mail. Local Rule 5-133(j). The court has no record of receipt of a copy of plaintiff's entire deposition. In addition, the certification by the shorthand reporter, included with the excerpts from plaintiff's deposition, does not bear the reporter's signature.

Further, if a filed document is electronically signed by a person not attorney of record in the case, a statement that counsel has the signed original must be included. Local Rule 7-131(f). Defendant Desimas's declaration bears his electronic signature but the required statement was not included.

///
///
///
///

1

1  Accordingly, within **fifteen (15) days** from the date of service of this order, defendants shall
2  bring their motion into compliance with the Local Rules by curing the aforementioned deficiencies.
3
4  IT IS SO ORDERED.
5  **Dated:    August 22, 2006**                              **/s/ Lawrence J. O'Neill**
    b9ed48                                                      UNITED STATES MAGISTRATE JUDGE