# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| MICHAEL WALTERS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>P DOAN; et al.,<br><br>    Defendants - Appellees. | No. 07-15002<br>D.C. No. CV-04-05248-AWI<br><br>**ORDER** |

**FILED**

JAN 1 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

This appeal has been taken in good faith    [✓]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

                                    _____
                                            Judge
                                    United States District Court

                                    Date:  1-16-07